No. 03–5994.  TARANTINO *v.* BOARD OF REVIEW, NEW JERSEY DEPARTMENT OF LABOR.  Super. Ct. N. J., App. Div.  Motion of

petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 10, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.